# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7110**  **September Term, 2006**

06cv00898

Filed On:

Andre Sylvester Watts,
    Appellant

v.

Harrell Watts,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 17 2006

CLERK

**ORDER**

Upon consideration of the motion for leave to proceed on appeal in forma pauperis received from appellant on October 4, 2006, it is

**ORDERED**, on the court's own motion, that appellant's motion for leave to proceed on appeal in forma pauperis be referred to the United States District Court for the District of Columbia for consideration in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending resolution by the district court of appellant's motion.

The Clerk is directed to transmit a copy of this order, along with the **original of appellant's motion**, to the district court. The district court is directed to notify this court immediately upon disposition of appellant's motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  Elizabeth V. Scott
Deputy Clerk