# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7110**                                **September Term, 2006**

06cv00898

Filed On: January 10, 2007

[1015623]
Andre Sylvester Watts,
        Appellant

v.

Harrell Watts,
        Appellee

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(b)
ISSUED: 2/16/07
BY: [signature] Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

**BEFORE:**  Ginsburg, Chief Judge, and Henderson and Randolph, Circuit Judges

### O R D E R

Upon consideration of motion for summary reversal, styled as "Motion for Determination Pursuant to 28 U.S.C. § 2106," it is

**ORDERED** that the motion for summary reversal be denied and the district court's order filed May 11, 2006 be summarily affirmed. Appellant's filing of a motion for summary reversal placed the merits of this appeal before the court. Because the appropriate disposition is so clear, summary action is warranted. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has not shown a "clear and indisputable" right to mandamus relief. Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). Appellant seeks to compel the Bureau of Prisons to entertain his Central Office Administrative Remedy Appeal; however, as informed by the Central Office, appellant must first attempt informal resolution of the issue and file a BP-9 request before appealing to the Central Office. See 28 C.F.R. 542.13.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk